### SMOOT *v.* THE STATE.

FISH, C. J. 1. An assignment of error, that the court erred in admitting evidence over the objection of the accused, is not well made, when it does not appear what the objection to the evidence was.

2. The evidence warranted the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Argued February 20,—Decided March 22, 1906.

Accusation of selling liquor. Before Judge Hammond. City court of Griffin. December 26, 1905.

*T. W. Thurman* and *J. J. Flynt*, for plaintiff in error.

*T. E. Patterson, solicitor*, contra.

---

### WALKER *v.* THE STATE.

COBB, P. J. 1. When an amendment is offered to a motion for a new trial, it is the better practice to allow the amendment and overrule the motion, if no ground in the original or amended motion is meritorious. But a refusal to allow an amendment to a motion for a new trial will not work a reversal of the judgment, when the amendment offered did not contain a meritorious ground.

2. The evidence authorized the verdict, and no sufficient reason appears for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Argued February 20,—Decided March 22, 1906.

Accusation of selling liquor. Before Judge Hammond. City court of Griffin. December 26, 1905.

*T. W. Thurman*, for plaintiff in error.

*T. E. Patterson, solicitor*, contra.